evidence the Dunham map. The reversal is not a bar to a new action. All concurred.

In the Matter of the Application of the Directors of the Frontier and Western Railroad Company for an Order Directing the Public Service Commission, Second District, to Issue a Certificate of Public Convenience and a Necessity, etc.— Order modified, without costs, so as to permit the Commission, in its discretion, to receive evidence of facts not now contained in the record before said Commission, and to view the proposed routes and territory adjacent thereto. All concurred.

Hugh McLean Lumber Company, Respondent, v. P. Michel & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Julia Kollis, as Administratrix, etc., Respondent, v. Buffalo Union Terminal Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Belle Koehler, Respondent, v. The Village of Albion, Appellant.— Judgment and order affirmed, with costs. All concurred.

Tompkins County Co-operative Fire Insurance Company, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Order reversed, with costs, motion denied and verdict of the jury reinstated, with costs. All concurred.

Catherine C. Johnt, Respondent, v. Sarah C. Stone, Appellant.— Judgment and order reversed, with costs. Held, that a verdict should not have been directed for the plaintiff; that at best the case made by the plaintiff was for the jury. A new trial should not be granted for the reason that the order denying defendant's motion to dismiss the complaint for unreasonable delay in prosecuting the action should be reversed and the complaint dismissed. All concurred.

Catherine C. Johnt, Respondent, v. Sarah C. Stone, Appellant.— Order reversed, without costs, except disbursements, and motion to dismiss the complaint granted. Held, that the delay in the prosecution of the action was unreasonable, and in view of the reversal of the judgment and the death of the defendant's husband, with whom all of the business out of which the matters in controversy arise was transacted, the order denying the motion should be reversed and the complaint dismissed, but without costs, except disbursements, as a full bill of costs is awarded upon the reversal of the judgment. All concurred.

John O'Grady, Respondent, v. Solvay Process Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars casts.

In the Matter of the Amendment of Rule X of Appellate Division, Fourth Department.— Rule X amended by striking out the words "either in the record or with his brief," at the end of said rule, and inserting in lieu thereof the following: "in the record."

Emogene Austin, as Administratrix, etc., Respondent, v. George W. Roberts and Others, as Executors, etc., Appellants.— Motion granted and appeal dismissed, with costs.